**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover          Date:  February 20, 2014
Court Reporter:    Terri Lindblom
Probation Officer: Justine Kozak
Interpreter:       Catherine Bahr

Criminal Action No. 13-cr-00077-MSK

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,                   Patricia Davies

        Plaintiff,

v.

WILMA HAU,                                  Scott Varholak

        Defendant.

_____

**SENTENCING MINUTES**
_____

**9:48 a.m.      Court in session**.

Defendant present on bond.

Interpreter sworn.

**Change of Plea Hearing on November 7, 2013.  Defendant pled guilty to Count 1 of the Information.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The defendant **does** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.  Argument.

The Government **does** request departure **(Doc. #96)** Argument.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #83).**  Argument.

Allocution. - Statements made by:  The Government, the defendant, defense counsel.

Sentencing Minutes  
Chief Judge Marcia S. Krieger  
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:**    The Government's Motion for Downward Departure (**Doc. #96**) is **GRANTED.**

**ORDER:**    The defendant's Motion for Non-Guideline Sentence (**Doc. #83**) is **GRANTED in part and DENIED in part.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.  The forfeiture request by the Government is GRANTED.**

The defendant is advised of her right to appeal.

**ORDER:**    Defendant shall surrender to the facility designated by the United States Bureau of Prisons within 15 days of the date of designation.

**ORDER:**    Bond is continued until she surrenders to the institution designated by the Bureau of Prisons.

**11:07 a.m.**    **Court in recess.**

Total Time:    1 hour 19 minutes.  
Hearing concluded.